**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JARRETT R. JENKINS,

                    *Pro Se* Plaintiff,                   **ORDER**

    - against -

                                                         CV 14-4125 (SJF) (AKT)

NCO FINANCIAL SYSTEMS, INC.,

                    Defendant.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      In light of the fact that Plaintiff is proceeding *pro se*, I am directing Plaintiff and counsel for Defendant to appear for an Initial Conference on **September 18, 2014 at 10 a.m. in Courtroom 910**, at which time we will discuss and implement an initial discovery plan.

                                                **SO ORDERED:**

Dated: Central Islip, New York
       July 11, 2014

                                              /s/ A. Kathleen Tomlinson
                                              A. KATHLEEN TOMLINSON
                                              United States Magistrate Judge