## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722

DOUGLAS C. PALMER, CLERK of COURT      www.nyed.uscourts.gov
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

Jule 16, 2014

**FILED**
**CLERK**

Jarrett R. Jenkins
334 Locust Street APT 1
West Hempstead, NY 11552-3044

7/17/2014 4:15 pm

Re: 14-CV-4125 (SJF)(AKT)

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Dear *Pro Se* Litigant:

    This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to District Judge Sandra F. Feurstein and Magistrate JudgeA. Kathleen Tomlinson. Please be advised of the following:

    -it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at *www.nyed.uscourts.gov*;

    -if you paid the filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions for service are enclosed;

    -documents submitted for filing should be <u>unbound</u> originals and must contain your signature, case number, name of case and assigned judge;

    -documents submitted for filing shall not include personal information i.e. social security number(s), birth date(s), name(s) of minor children, financial account number(s). See Fed. R. Civ. P. 5.2;

    -an affidavit or affirmation of service must be included with all documents sent in for filing;

    -all documents should be sent to the *Pro Se* Office at the above address. DO NOT send any paperwork directly to chambers unless directed to do so by the judge;

    -it is your duty to prosecute your case, and to keep this office informed of any change of address. Failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    -additional information and forms for *pro se* litigants are enclosed.

If you have any questions or require further assistance, please call the *Pro Se* Office at (631)712-6060.

                                                    PRO SE OFFICE
                                                    By: /s/ C.Vukovich

Enclosures:
Rule 73 Notice and Form
Change of Address Form
*Pro Se* F.A.Q.'s, and
Rule 4 Service Instructions (when applicable)
Consent for Electronic Service form (when applicable)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X

                    Plaintiff,

      -against-                                    Case No. _____

                                                              Judge: _____

                    Defendant.
------------------------------------------------------ X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____   STATE: _____

ZIP CODE: _____   TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____   PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____   _____
                                                                 SIGNATURE

                                                                _____
                                                                 PRINTED NAME

                                                                 _____
                                                                 PRESENT ADDRESS

                                                                 _____