AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-04125-SJF-AKT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NCO Financial Systems, Inc
was received by me on *(date)* 07/21/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Jones, who is designated by law to accept service of process on behalf of *(name of organization)* NCO Financial Systems, by US certified mail/return receipt(7013 0600 0000 9935 6009) on *(date)* 07/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/21/2014

*Server's signature*

Frank Mazza(N/A)
*Printed name and title*

PO BOX 321
West Hempstead, NY 11552-0321
*Server's address*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2014 ★
LONG ISLAND OFFICE

Additional information regarding attempted service, etc:
I also mailed a copy of an "ORDER" dated July 11, 2014 along with the "Summons and Complaint".

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7013 0600 0000 9935 6009

PLANO TX 75093

| | | |
|---|---|---|
| Postage | $ $5.60 | 0552 |
| Certified Fee | $3.30 | 01 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.35 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.25 | 07/21/2014 |

Sent To: NCO Financial Systems Inc (C/o John Jones - CEO)
Street, Apt. No.; or PO Box No. 5085 W. Park Blvd, suite 300
City, State, ZIP+4 Plano, TX 75093-2599

PS Form 3800, August 2006          See Reverse for Instructions

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2014 ★

LONG ISLAND OFFICE

English          Customer Service          USPS Mobile                                                          Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70130600000099356009

Expected Delivery Day: **Wednesday, July 23, 2014**

### Product & Tracking Information

**Postal Product:**          **Features:**
Priority Mail 2-Day™          Certified Mail™

### Available Actions

Return Receipt Electronic

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 23, 2014 , 12:08 pm | Delivered | PLANO, TX 75093 |

Text Updates

Email Updates

Your item was delivered at 12:08 pm on July 23, 2014 in PLANO, TX 75093.

| | | |
|---|---|---|
| July 23, 2014 , 6:04 am | Depart USPS Sort Facility | COPPELL, TX 75099 |
| July 23, 2014 , 3:33 am | Processed through USPS Sort Facility | COPPELL, TX 75099 |
| July 22, 2014 , 2:18 am | Depart USPS Sort Facility | BETHPAGE, NY 11714 |
| July 21, 2014 , 11:18 pm | Processed through USPS Sort Facility | BETHPAGE, NY 11714 |
| July 21, 2014 , 5:49 pm | Depart Post Office | WEST HEMPSTEAD, NY 11552 |
| July 21, 2014 , 12:14 pm | Acceptance | WEST HEMPSTEAD, NY 11552 |

```
   F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 24 2014   ★

LONG ISLAND OFFICE
```

### Track Another Package

What's your tracking (or receipt) number?

Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM   Copyright© 2014 USPS. All Rights Reserved.

1 of 1                                                                                                               7/23/2014 11:58 PM

# UNITED STATES POSTAL SERVICE

Date: July 23, 2014

Jarrett Jenkins:

The following is in response to your July 23, 2014 request for delivery information on your Certified Mail™ item number 70130600000099356009. The delivery record shows that this item was delivered on July 23, 2014 at 12:08 pm in PLANO, TX 75093. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2014 ☆

LONG ISLAND OFFICE