UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JARRETT R. JENKINS,

                Plaintiff,

-against-                                  **ORDER**
                                                **14-CV-4125 (SJF)(AKT)**

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

------------------------------------------------------------X

        On July 3, 2014, *pro se* plaintiff Jarrett R. Jenkins ("plaintiff") commenced this action against defendant NCO Financial Systems, Inc. ("defendant") pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681. [Docket Entry No. 1 ("Complaint")]. On September 8, 2014, defendant filed a motion to dismiss the Complaint. [Docket Entry No. 11 ("Motion to Dismiss")]. On January 30, 2015, plaintiff filed a motion to amend the Complaint. [Docket Entry No. 18 ("Motion to Amend")]. On February 5, 2015, Magistrate Judge A. Kathleen Tomlinson ordered the Motion to Amend be held in abeyance until resolution of the Motion to Dismiss. [Docket Entry No. 25].

        It is hereby ordered that the Motion to Dismiss is denied without prejudice and the Motion to Amend is referred to Judge Tomlinson.

**SO ORDERED.**

                                                                       s/ Sandra J. Feuerstein_____
                                                                       Sandra J. Feuerstein
                                                                       United States District Judge

Dated: July 20, 2015
       Central Islip, New York